# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Strike 3 Holdings, LLC. <br><br> v. <br> PLAINTIFF(S) <br><br> John Doe subscriber assigned IP address 76.91.30.7 <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:20-cv-01772 JFW(AFMx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

____March 6, 2020____  Terry J. Hatter, Jr.  _/s/ T. J. Hatter, Jr._
Date                    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                _____
Date                                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ____5:18-cv-00787 TJH(SPx)____ and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ____MacKinnon____ to Magistrate Judge ____Pym____.

On all documents subsequently filed in this case, please substitute the initials ____TJH(SPx)____ after the case number in place of the initials of the prior judge, so that the case number will read ____2:20-cv-01772 TJH(SPx)____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/19)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)